# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is ADJOURNED to February 25, 2020, at 3 p.m. The Clerk of Court is directed to terminate Doc. #94.

SO ORDERED.

January 29, 2020

Re: **United States v. Eli Dana**
    14 Cr. 405 (JMF)

Dear Judge Furman,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for February 13, 2020, for approximately one week. We have been collecting supporting documentation that will enable us to effectively represent Mr. Dana at sentencing, on the expedited schedule that we requested at the time of Mr. Dana's plea (and his subsequent remand). However, we need an additional week to complete that process.

    The Government by Assistant United States Attorney Matthew Hellman consents to this request. This is the first request for an adjournment of sentencing. Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Eli Dana

**SO ORDERED:**

_____
**HONORABLE JESSE M. FURMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Matthew Hellman & Michael Krouse
    United States Attorney's Office