**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 5, 2020

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Mr. Dana is permitted to attend the meeting with Defense counsel on June 8, 2020, at the Federal Defender's office; and may meet with counsel going forward with permission of Probation. The Clerk of Court is directed to terminate Doc. #119.
>
> SO ORDERED.
>
> June 5, 2020

Re:   **United States v. Eli Dana
      14 Cr. 405 (JMF)**

Dear Judge Furman,

      On March 31, 2020, the Court granted Mr. Dana's unopposed motion for compassionate release, and imposed a sentence of time served, and supervised release, with five months of home incarceration. See Dkt. No. 108.

      I asked Probation to approve Mr. Dana attending a meeting with undersigned counsel on Monday, June 8, 2020 at the Federal Defender office and was told that while Probation has no objection, legal visits were not included as an exception to home incarceration in the Court's original order. Therefore, I am writing to request that the Court (1) approve Monday's meeting and (2) authorize the Department of Probation to approve any future legal meetings without Court intervention.

      The government, by Assistant United States Attorney Matthew Hellman, has no objection to these requests.

      Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Eli Dana


cc:   A.U.S.A. Matthew Hellman
      Officer Christina Borque

1